IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-CR-413-WKW |
| | ) | [WO] |
| JEFFERY ASHLEY HARLEY | ) | |

**ORDER**

Before the court is Defendant Jeffery Ashley Harley's *pro se* motion for compassionate release in which Mr. Harley moves the court to modify his term of imprisonment under 18 U.S.C. § 3582(c)(1)(A).  (Doc. # 131.)  The Government filed a response in opposition.  (Doc. # 136).  The motion will be denied.

First, based upon a thorough review of the record, Mr. Harley has not shown that his medical conditions are "extraordinary and compelling reasons" warranting his early release from prison.  18 U.S.C. § 3582(c)(1)(A).  He has not demonstrated that the medical staff at his designated federal correctional institution cannot provide him adequate medical care for his health conditions.  *See* 18 U.S.C. § 3553(a)(2)(D); *see also United States v. Sanchez*, No. 2:17-CR-337-MHT, 2020 WL 3013515, at *1 (M.D. Ala. June 4, 2020) (denying an inmate's motion for compassionate release in part based on the absence of evidence "that the prison is unable to meet [the inmate's] medical needs" (citing § 3553(a)(2)(D))).

Second, based upon binding Eleventh Circuit precedent, *see United States v. Bryant*, 996 F.3d 1243 (11th Cir. 2021), Mr. Harley's family circumstances and his situation with the state parole board do not qualify as an extraordinary and compelling reasons for early release. These grounds are not reasons delineated by the policy statement in U.S.S.G. § 1B1.13, which governs motions under § 3582(c)(1)(A). *See* U.S.S.G. § 1B1.13, cmt. n.1(D).

Third, the balancing of the 18 U.S.C. § 3553(a) factors does not favor release.

Accordingly, it is ORDERED that Mr. Harley's *pro se* motion for compassionate release (Doc. # 131) is DENIED.

DONE this 6th day of July, 2023.

                                                      /s/ W. Keith Watkins
                                    UNITED STATES DISTRICT JUDGE